UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**IN RE:** )

**Rasheila Sherard-Smith** **No. 18-59281**

) **Chapter 13**

**Rasheila Sherard-Smith**
**v.**

**All creditors of Debtor**
**And Selene Finance Co.** )

## NOTICE OF HEARING

:

**PLEASE TAKE NOTICE:** that the debtor has filed a Motion to Impose the Automatic Stay in this matter, as allowed by 11 USC Sec. 362(c)(4) .

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Debtor's Motion to Impose the Automatic Stay at Courtroom **1203, US Courthouse, 75 Ted Turner Dr., SW, Atlanta, GA 30303 at 9:45 AM on June 26, 2018.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with you attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, **then you and/or your attorney must attend the hearing.** You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver you response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, US Bankruptcy Court, Suite 1340, 75 Ted Turner Dr.., Sw, Atlanta, GA 30303. You must also mail a copy of you response to the undersigned at the address stated below.

Dated: 6/07/2018

/s/

Michael Famiglietti
Counsel for Movant
142 S. Park Sq. Marietta, GA 30060
770-794-8005
GB 254941

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **RASHEILA SHERARD-SMITH** | ) | **No.** |
| **Debtor.** | ) | **Chapter 13** |

**DEBTOR'S MOTION TO IMPOSE STAY PURSUANT TO 11 USC SEC. 362(c)(4)**

COMES NOW the above debtor, through counsel, and respectfully requests that this Court impose the Automatic Stay as to Selene Finance Co., which holds a first-position mortgage upon the debtor's residence, and as to all other creditors, and shows as follows:

1. The debtor filed this emergency petition to stay the pending foreclosure upon her residence at 3071 Dawson Lane, Atlanta, GA. Selene Finance is the mortgage holder on this property.
2. The debtor has had two separate prior Chapter 13 petitions pending within the past year. The most recent case was dismissed on March 16, 2018, after debtor lost her job.
3. The debtor has now regained full time employment, and is earning an annual salary of approximately $86,400. Recent payment advices are attached to this motion.

4. Pursuant to 11 USC Section Sec. 362(c)(4) there has been a substantial change in the financial affairs of the debtor, such that she will be able to perform under the terms of the mortgage and payoff the mortgage arrearage by a Plan. This filing is in made good faith.

WHEREFORE, the debtor respectfully requests that this Court impose the automatic stay under Section 362 of the Bankruptcy Code, so that debtor may propose a Plan for confirmation in this matter.

Respectfully submitted, this the 7th day of June, 2018

_______/s/____________
Michael Familetti, Esq.
For the debtor
142 S. Park Square
Marietta, GA 30060
(770) 794-8005
Georgia Bar 254941

## CERTIFICATE OF SERVICE

**I hereby certify that I have this day served the following parties with a copy of the foregoing Motion, by placing a copy in first-class mail, in an envelope requiring no [postage thereon, addressed to:**

Office of US Trustee
75 Ted Turner Drive #362
Atlanta, GA 30303

Nancy Whaley, Chapter 13 Trustee
303 Peachtree Center Ave. #120
Atlanta, GA 30303

Michael Familetti
Attorney for debtor
142 S. Park Square

Rasheila Sherard-Smith
3071 Dawson Lane
Atlanta, GA 30331

Christopher Baxter, Esq.
Attorney for Selene Finance
14643 Dallas Parkway no. 750
Dallas, TX 75254
Also via fax to 972-331-5240

PRA Receivables Management
attn.: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541

Shapiro Pendergast, & Hasty
Via facsimile to 770-220-2922
Attorneys for Selene Finance

(AND ATTACHED LIST OF CREDITORS)

/s/

By: Michael Familetti

Acceptance Now
Attn: Bankruptcy
5501 Headquarters Dr.
Plano, TX 75024

American Credit Acceptance
961 E. Main St.
Spartanburg, SC 29302

Capital One
P.O. Box 30295
Salt Lake City, UT 84130

Cardworks/CW Nexus
P.O. Box 9201
Old Bethpage, NY 11804

Communities at Princeton Lakes
3511 Redwine Parkway SW
Atlanta, GA 30331

Federal Loan Service
P.O. Box 60610
Harrisburg, PA 17106

First Premier
601 S. Minnesota
Sioux Falls, SD 57104

Fortiva/Atlanticus
P.O. Box 10555
Atlanta, GA 30348

Georrgia Dept of revenue
Bankruptcy Dept.
1800 Century Blvd
Atlanta, GA 30345

Internal Revenue Service
Insolvency Unit
Philadelphia, PA 19114

Navy Federal
PO Box 3500
Merrifield, VA 22119

Santander USA
P.O. Box 961245
Fort Worth, TX 76161

Selene Finance
9990 Richmond Ave.
Houston, TX 77042

Shapiro, Pendergast
211 Perimeter Center Pkwy.
Suite 300
Atlanta, GA 30346

**Statement of Earnings For:** **Rashella Sherard-Smith**

**Q-Temps L.P.**
17300 Preston Road
Suite 350
Dallas, TX 75252
972-960-1305

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 4161 | Division | | Period Begin: | 5/7/2018 | Check Date: | 5/18/2018 |
| Clock Number: | | Department | Hourly | Period End: | 5/13/2018 | Pay Type: | Hourly |
| SSN: | XXX-XX-2973 | Federal Filing: | Single | Exemptions: | 10 | Additional Tax: | |
| Company Id: | 1001 | State Filing: | Single | Exemptions: | 6 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1232560 | $0.00 | $1,850.62 | $1,469.62 | |

**EARNINGS** *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 45.0000 | 40.00 | 1,800.00 | 40.00 | 1,800.00 |
| Overtime | 67.5000 | 0.75 | 50.62 | 0.75 | 50.62 |
| Total: | | 40.75 | 1,850.62 | 40.75 | 1,850.62 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.74 | 114.74 |
| MED EE | 26.83 | 26.83 |
| FEDERAL WH | 137.82 | 137.82 |
| GEORGIA WH | 101.61 | 101.61 |
| Total: | 381.00 | 381.00 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6706 | Deposit Amount: 1,469.62 |

Q-Temps L.P.
17300 Preston Road
Suite 350
Dallas, TX 75252
972-960-1305

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/18/2018 | V1232560 |

| TOTAL NET PAY |
|---|
| ******$1,469.62 |

4161 Hourly
**Rashella Sherard-Smith**
3071 Dawson Lane
Atlanta, GA 30331

**NOT NEGOTIABLE**

# Employee Pay Details

## Q-Temps L.P.

**Rashelle Sherard-Smith**

For Pay Period: 5/21/2018 - 5/27/2018

Pay Date: 6/1/2018

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | 45.0000 | 40.00 | 1,800.00 | Hourly |
| Overtime | 67.5000 | 0.75 | 50.62 | Hourly |
| | | 40.75 | 1,850.62 | |

Statement of Earnings For: **Rashella Sharard-Smith**

**Q-Temps L.P.**
17300 Preston Road
Suite 350
Dallas, TX 75252
972-960-1305

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 4161 | Division | | Period Begin: | 5/14/2018 | Check Date: | 5/25/2018 |
| Clock Number: | | Department | Hourly | Period End: | 5/20/2018 | Pay Type: | Hourly |
| SSN: | XXX-XX-2921 | Federal Filing: | Single | Exemptions: | 10 | Additional Tax: | |
| Company Id: | 1011 | State Filing: | Single | Exemptions: | 5 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V1245816 | $0.00 | $1,766.25 | $1,415.32 |

**Check Message**

**EARNINGS** *Not Included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 45.0000 | 39.25 | 1,766.25 | 79.25 | 3,566.25 |
| Overtime | | 0.00 | 0.00 | 0.75 | 50.62 |
| Total: | | 39.25 | 1,766.25 | 80.00 | 3,616.87 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 109.51 | 224.26 |
| MED EE | 25.61 | 52.44 |
| FEDERAL WH | 119.26 | 257.08 |
| GEORGIA WH | 96.55 | 198.16 |
| Total: | 350.93 | 731.93 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6708 | Deposit Amount: 1,415.32 |

Q-Temps L.P.
17300 Preston Road
Suite 350
Dallas, TX 75252
972-960-1305

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/25/2018 | V1245816 |

**TOTAL NET PAY**
******$1,415.32

4161 Hourly
**Rashella Sharard-Smith**
3071 Dawson Lane
Atlanta, GA 30331

**NOT NEGOTIABLE**

Statement of Earnings For: **Rashelle Sharard-Smith**

**Q-Temps L.P.**
17300 Preston Road
Suite 350
Dallas, TX 75252
972-960-1305

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 4161 | Division | | Period Begin: | 5/21/2018 | Check Date: | 6/1/2018 |
| Clock Number: | | Department | Hourly | Period End: | 5/27/2018 | Pay Type: | Hourly |
| SSN: | XXX-XX-2931 | Federal Filing: | Single | Exemptions: | 10 | Additional Tax: | |
| Company Id: | 1031 | State Filing: | Single | Exemptions: | 6 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1260210 | $0.00 | $1,850.62 | $1,469.62 | |

**EARNINGS** *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 45.0000 | 40.00 | 1,800.00 | 119.25 | 5,366.25 |
| Overtime | 67.5000 | 0.75 | 50.62 | 1.50 | 101.24 |
| Total: | | 40.75 | 1,850.62 | 120.75 | 5,467.49 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.73 | 338.98 |
| MED EE | 26.84 | 79.28 |
| FEDERAL WH | 137.82 | 394.90 |
| GEORGIA WH | 101.61 | 299.77 |
| Total: | 381.00 | 1,112.93 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6706 | Deposit Amount: 1,469.62 |

Q-Temps L.P.
17300 Preston Road
Suite 350
Dallas, TX 75252
972-960-1305

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/1/2018 | V1260210 |

| TOTAL NET PAY |
|---|
| ******$1,469.62 |

4161 Hourly
**Rashelle Sharard-Smith**
3071 Dawson Lane
Atlanta, GA 30331

**NOT NEGOTIABLE**